Plaintiff's Reply in Support of Petition for Attorney Fees and Costs Under FOIA
NN v. BIA, Civ. No. 05-CV-00188 JAW

**EXHIBIT 7**

**DECLARATION OF DAVID K. MEARS**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NULANKEYUTMONEN NKIHTAQMIKON, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BUREAU OF INDIAN AFFAIRS, and U.S. DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | Civil No. 05-CV-00188 JAW <br><br> **DECLARATION OF DAVID K. MEARS, ESQ.** |

## DECLARATION OF DAVID K. MEARS, ESQ.

1. My name is David K. Mears, Esq. I am the current director of the Environmental and Natural Resources Law Clinic ("ENRLC") and a professor of law at Vermont Law School. I have been practicing administrative and environmental law for approximately twenty years.

2. I have served as a supervising attorney in this matter from 2005 through the present, and I have expended a total of 51 hours pursuing relief from this Court. After exercising billing judgment, I am only requesting fees for 25 of my hours, all of which were expended in connection with the claims upon which NN has substantially prevailed.

3. I have recorded my time in this matter on paper timesheets that I maintain for each case on which I work. I usually make these recordings on a daily basis, or at most a weekly basis. These recordings have been carefully transcribed and entered verbatim into the spreadsheet submitted herewith as Exhibit 3.

1

4.  In light of my experience and expertise, a reasonable rate for my services is $250 per hour. Accordingly, I am requesting a total of $6,290 for my legal services.

5.  Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at South Royalton, Vermont on April 15, 2010,

_____
David K. Mears, Esq.