Plaintiff's Reply in Support of Petition for Attorney Fees and Costs Under FOIA
<u>NN v. BIA</u>, Civ. No. 05-CV-00188 JAW

# EXHIBIT 8

# DECLARATION OF PATRICK A. PARENTEAU

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NULANKEYUTMONEN NKIHTAQMIKON,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BUREAU OF INDIAN AFFAIRS, and U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Civil No. 05-188-B-W<br><br>**DECLARATION OF PATRICK A. PARENTEAU, ESQ** |

## DECLARATION OF PATRICK A. PARENTEAU, ESQ

1. My name is Patrick A. Parenteau, Esq. I am the former director of the Environmental and Natural Resources Law Clinic ("ENRLC") and a professor of law at Vermont Law School. I am a nationally-recognized expert in administrative and environmental law issues, and have been practicing and teaching law for over thirty years.

2. I served as the senior supervising attorney in this matter from 2005 through 2008.

3. I kept track of my time spent on this matter primarily through handwritten notes made on the same day as or within a week of the work performed. In some cases, I have reconstructed hours by referring to the electronic time- and date-stamps on emails and documents, by referring to calendar entries and other reliable records, and by using conservative assumptions to account for any uncertainties.

4. I have spent at least 24 hours on tasks involved in the above-captioned matter. My hours have been carefully transcribed into the spreadsheet submitted herewith as Exhibit 3, and I attest that this is an accurate and reasonable summary of my hours. After the exercise of billing judgment, I am seeking recovery for only 19 of my hours, all of which were expended on claims and issues upon which NN has substantially prevailed.

4. In light of my experience and expertise, a reasonable rate for my services is $275 per hour. Accordingly, I am requesting a total of $5,404 for my legal services.

5. Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at South Royalton, Vermont on April 15, 2010,

Patrick A. Parenteau, Esq.