Plaintiff's Reply in Support of Petition for Attorney Fees and Costs Under FOIA
NN v. BIA, Civ. No. 05-CV-00188 JAW

**EXHIBIT 9**

**DECLARATION OF JUSTIN E. KOLBER**

| | |
|---|---|
| NULANKEYUTMONEN NKIHTAQMIKON,<br><br>                Plaintiff,<br><br>vs.<br><br>U.S. BUREAU OF INDIAN AFFAIRS, and U.S. DEPARTMENT OF THE INTERIOR,<br><br>                Defendants. | Civil No. 05-CV-00188 JAW<br><br>**DECLARATION OF JUSTIN KOLBER, ESQ.** |

## DECLARATION OF JUSTIN KOLBER, ESQ.

1. My name is Justin Kolber, Esq. I have been practicing administrative and environmental law for approximately four years. I served as a staff attorney and law fellow at the Environmental and Natural Resources Law Clinic ("ENRLC") from 2005 through mid-2007, and I have continued to serve as co-counsel in this matter during my present employment at Shlansky & Co., LLP.

2. I have expended a total of 724 hours in the above-captioned matter. I attest that the spreadsheet submitted as Exhibit 3 is a reasonable and accurate summary of my hours. After exercising billing judgment, I am requesting fee recovery for only 529 of my hours, all of which were expended in connection with claims and issues upon which NN has substantially prevailed.

3. During 2005 through 2007, I kept track of my hours through a combination of contemporaneous calendar entries and contemporaneous scheduling notes. I have supplemented and confirmed these records by carefully reviewing and

1

referring to docket entries, the contemporaneously generated time- and date-stamps on documents and emails, and other reliable records.

4. In light of my experience and expertise, a reasonable rate for my services is $175 per hour. Accordingly, I am requesting a total of $92,610 for my legal services.

5. Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Burlington, Vermont on April 15, 2010,

_____
Justin E. Kolber, Esq.