Plaintiff's Reply in Support of Petition for Attorney Fees and Costs Under FOIA
<u>NN v. BIA</u>, Civ. No. 05-CV-00188 JAW

**EXHIBIT 10**

**DECLARATION OF BENJAMIN RAJOTTE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NULANKEYUTMONEN NKIHTAQMIKON, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BUREAU OF INDIAN AFFAIRS, and U.S. DEPARTMENT OF THE INTERIOR, <br><br> Defendants. | Civil No. 05-CV-00188 JAW <br><br> **DECLARATION OF BENJAMIN RAJOTTE, ESQ** |

## DECLARATION OF BENJAMIN RAJOTTE, ESQ

1. My name is Benjamin Rajotte, Esq. I have been practicing law since December 2002, with some periods of inactivity while finishing my LL.M. or teaching. I am currently a visiting professor of law at Western New England College School of Law (2008-10).

2. I served as a staff attorney and law fellow at the Environmental and Natural Resources Law Clinic ("ENRLC") in 2007-08, and I worked on the above-captioned matter during the latter half of 2007. I expended a total of 32.5 hours in this matter. After exercising billing judgment, I am seeking recovery for only 25 hours of my time, all of which was expended in connection with issues and claims upon which NN has substantially prevailed.

3. I documented my time conservatively based on contemporaneously generated time- and date-stamps on emails, as well as indices of pleadings. I attest that the spreadsheet in Exhibit 3 includes an accurate and reasonable summary of my hours.

1

4. In light of my experience and expertise, a reasonable rate for my services is $200 per hour. Accordingly, I am requesting a total of $5,018 for my legal services.

5. Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Springfield (Hampden County), Massachusetts on April 16, 2010

_____
Benjamin Rajotte, Esq.