Plaintiff's Reply in Support of Petition for Attorney Fees and Costs Under FOIA
<u>NN v. BIA</u>, Civ. No. 05-CV-00188 JAW

**EXHIBIT 11**

**DECLARATION OF TERESA B. CLEMMER**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NULANKEYUTMONEN NKIHTAQMIKON,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BUREAU OF INDIAN AFFAIRS,<br>and U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Civil No. 05-CV-00188 JAW<br><br>SUPPLEMENTAL DECLARATION OF TERESA B. CLEMMER, ESQ. |

## SUPPLEMENTAL DECLARATION OF TERESA B. CLEMMER, ESQ.

1. My name is Teresa B. Clemmer, Esq. I have been practicing administrative and environmental law for approximately ten years. Since February 2008, I have been the Associate Director of the Environmental and Natural Resources Law Clinic ("ENRLC") and an Assistant Professor of Law at Vermont Law School. I have served as the supervising attorney in this matter from February 2008 through the present.

2. I have expended a total of 102 hours in the above-captioned matter, and I attest that the spreadsheet submitted as Exhibit 3 is a reasonable and accurate summary of my hours. After exercising billing judgment, I am seeking recovery for only 59 hours of my time, all of which were expended in connection with claims and issues upon which NN has substantially prevailed.

3. I have kept track of my hours primarily by entering them directly into an electronic database on the same day as, or within a few days of, when the work was performed. In some instances, I have made handwritten notes during the same day or

1

same week as the work performed and later entered these hours into the database. In a few instances, I have carefully reconstructed my hours by referring to calendar entries and electronic time- and date-stamps on emails and document profiles.

4.  In light of my experience and expertise, a reasonable rate for my services is $225 per hour. Accordingly, I am requesting a total of $13,325 for my legal services.

5.  In consultation with the other attorneys involved in this matter, I have carefully reviewed the key pleadings and briefs and made a diligent effort to determine the number of pages devoted to the issues and claims upon which NN has, and has not, substantially prevailed. The number of pages was used as a rough guideline for determining the proportion of attorney and student time devoted to the various claims and issues discussed in such materials.

6.  After determining an appropriate percentage reduction for each filing based on this proportionate approach (see Ex. 2), I made corresponding reductions in the hours reported by each attorney and student involved in the preparation of each filing (see Exs. 3-4). In addition, I made further line-by-line reductions based on more general billing judgment in order to eliminate unproductive, excessive, or duplicative hours. See Exs. 3-4.

7.  Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at South Royalton, Vermont on April 15, 2010,

_____
Teresa B. Clemmer, Esq.